**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Elizabeth Copeland v. Barry Copeland

Appellate case number:   01-14-00680-CV

Trial court case number:  2012-39055

Trial court:                    311th District Court of Harris County

      On August 15, 2014, appellant, Elizabeth Copeland, filed her Motion to Extend Time to File Notice of Appeal. The Motion is **GRANTED**. Appellant's Notice of Appeal is considered timely filed as of August 12, 2014.

      It is so ORDERED.

Judge's signature: /s/ <u>Rebeca Huddle</u>
                ☒ Acting individually    ☐ Acting for the Court

Date: August 26, 2014